# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| Robert Emert <br> *Plaintiff/Petitioner* <br> Department of Child Support Services - DCSS <br> *Defendant/Respondent* | ) ) ) ) ) Civil Action No. **'24CV2072 BEN JLB** |

FILED
Nov 04 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ GloriaVocal DEPUTY

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Rob Emert*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 11/04/24

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |

4. How much cash do you and your spouse have? $ _____0.00_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ 0.00 | $ 0.00 |
| N/A | N/A | $ 0.00 | $ 0.00 |
| N/A | N/A | $ 0.00 | $ 0.00 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home *(Value)* | $ | 0.00 |
| Other real estate *(Value)* | $ | 0.00 |
| Motor vehicle #1 *(Value)* | $ | 2,500.00 |
| Make and year: 2004 HONDA ACCORD | | |
| Model: ACCORD | | |
| Registration #: JHMCM56824C036075 | | |
| Motor vehicle #2 *(Value)* | $ | 0.00 |
| Make and year: N/A | | |
| Model: N/A | | |
| Registration #: N/A | | |
| Other assets *(Value)* | $ | 0.00 |
| Other assets *(Value)* | $ | 0.00 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | $ 0.00 | $ 0.00 |
| 0 | $ 0.00 | $ 0.00 |
| 0 | $ 0.00 | $ 0.00 |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| BE | SON | 17 |
| SE | DAUGHTER | 15 |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ 0.00 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 0.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ 0.00 | $ 0.00 |
| Food | $ 0.00 | $ 0.00 |
| Clothing | $ 0.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 0.00 | $ 0.00 |
| Medical and dental expenses | $ 0.00 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ 0.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: N/A | $ 0.00 | $ 0.00 |
|     Life: NA/ | $ 0.00 | $ 0.00 |
|     Health: N/A | $ 0.00 | $ 0.00 |
|     Motor vehicle: N/A | $ 0.00 | $ 0.00 |
|     Other: N/A | $ 0.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ 0.00 | $ 0.00 |
| Installment payments | | |
|     Motor vehicle: N/A | $ 0.00 | $ 0.00 |
|     Credit card *(name)*: N/A | $ 0.00 | $ 0.00 |
|     Department store *(name)*: N/A | $ 0.00 | $ 0.00 |
|     Other: N/A | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
| Other *(specify)*: N/A | $ 0.00 | $ 0.00 |
| **Total monthly expenses:** | $ 0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes  ☑ No  If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ☐ Yes  ☑ No

    If yes, how much?  $ 0.00

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    Per my doctors letter that I have included with this fee waiver, I can't work due to medical issues and I have zero savings or assets other than my non operational vehicle. Due to my disabilities, I live at my parents home. I don't have any income and my parents simply cover basic living. I am on MediCal and SNAP. I am over 60k in debt which will be declared under bankruptcy shortly.

12. Identify the city and state of your legal residence.
    2351 VISTA LAGO TERRACE ESCONDIDO CA 92029

    Your daytime phone number: (760) 612-9328

    Your age: 55   Your years of schooling: 16

[Print]  [Save As...]  [Add Attachment]  [Reset]



Certificate for Return to School/Work

05/08/2024

Robert Emert was under my care.

**Limitations/Remarks:** Pt is unable to work at this time due to multiple chronic illneses and in specific due to history of PTSD, Major depression, and chronic heart condition. Pt is undergoing care and when he can go back to work is undetermined at this time.

**Provider Name:** Angelica Acosta

NHC El Cajon TELHT

855 E Madison Ave

Phone: 833-867-4642

Clinic Representative Name:

**Electronically Signed By:** Jessica B

Dear Honorable Court,

I am writing this motion to supplement my fee waiver form to proceed in forma pauperis. In another related lawsuit, the court had some questions so I am including this for clarification. If requested, I am prepared to provide medical documents and bills to the court to document the truth of my statements. **PLEASE FILE THIS UNDER SEAL BECAUSE MY X WIFE SHOWS OUR KIDS THIS STUFF TO TRY TO MAKE ME LOOK LIKE A DEAD BEAT DAD WHICH I AM NOT.**

The court made the following requests:

1. Alleging poverty with particularity, definiteness, and certainty:

In my updated fee waiver application, I have provided detailed information about my financial situation, including the medical conditions (heart attack, atrial fibrillation, severe hypertension, severe PTSD) that prevent me from working and earning an income.

2. Explaining my living situation:

I want to clarify that I am relying on the charity of my family to cover my basic living expenses, such as food. Without their support, I would have died and that is not an exaggeration. I would be homeless without their support to cover my basic essential needs.

3. Addressing the inconsistency regarding my car ownership and lack of income and expenses:

My car is non-operational and has not been registered for about three years or more, and thus does not contribute to my monthly expenses. In my updated fee waiver application, I have provided an estimate of my expenses, which are being covered by my family due to my health issues.

Additionally, I want to inform the court that I am approximately $50,000 in debt, which accrued after my heart attack, and I plan to file for bankruptcy soon. This information further supports my claim of being unable to pay the filing fees.

**I am currently on MediCal and SNAP which I think by itself would qualify me for a fee waiver.**

Thank you for your time and consideration. Again, if the court wants documentation such as medical records documenting the cardiac issue, hypertension; cardiac arrythmia's, PTSD or my debts; MediCal or SNAP information, I will provide promptly.

Sincerely,

*Rob Emert*
11/04/24