

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Robert Emert

                **Plaintiff,**

V.

California Department of Child Support Services; Does 1-50

                **Defendant.**

Civil Action No. 24-cv-02072-CAB-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's application to proceed IFP is DENIED and Plaintiff's case is DISMISSED. It is SO ORDERED.

Date: 11/26/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ A. Hazard

                A. Hazard, Deputy