FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT EMERT,

      Plaintiff - Appellant,

v.

CALIFORNIA DEPARTMENT OF CHILD
SUPPORT SERVICES and DOES 1-50,

      Defendants - Appellees.

No. 24-7748

D.C. No.
3:24-cv-02072-CAB-JLB
Southern District of California,
San Diego

ORDER

Before: WARDLAW, SANCHEZ, and JOHNSTONE, Circuit Judges.

After considering the response to the court's March 27, 2025 order, we deny

the motion to proceed in forma pauperis (Docket Entry No. 6) and dismiss this

appeal as frivolous. *See* 28 U.S.C. § 1915(a), (e)(2).

No further filings will be entertained in this closed case.

**DISMISSED.**